ELIZABETH JELKS, P. D. BARBER AND G. B. KING, *Appellants*, v. J. L. B. GILMORE, AS EXECUTOR OF THE LAST WILL AND TESTAMENT OF THOMAS H. MIMS, DECEASED, *Appellee*.

Division B.

Decision Filed October 13, 1927.

*McCune, Casey, Hiaasen & Fleming,* for Appellants;

*Chancey & Saunders,* for Appellee.

PER CURIAM.—In this case general and special demurrers to bill of complaint were overruled.

From the order overruling the demurrers this appeal was taken. The order of the chancellor overruling demurrers should be sustained on authority of Wilson v. Dumwright,, 87 Fla. 202, 99 Sou. 553; and Brecht v. Burr-ne Company, 91 Fla. 345, 108 Sou. 173, and it is so ordered.

Affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.